AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*       DISTRICT OF    NEVADA

RICHARD DAVID MORROW,

      Plaintiff,       JUDGMENT IN A CIVIL CASE
V.

                CASE NUMBER:   **3:09-CV-00549-LRH-VPC**

CHAIRMAN CONNIE S. BISBEE, et al.,

      Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that in light of the dismissal with prejudice of all the named defendants in this action, the entire action is **DISMISSED.**

| | |
|---|---|
| September 17, 2010 | **LANCE S. WILSON** |
| Date | Clerk |
| | /s/ M. Campbell |
| | Deputy Clerk |